AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

ZACHARY R. BAISDEN, et al.,

      Plaintiffs,

                                 **JUDGMENT IN A CIVIL CASE**

v.

                                 **CASE NO. 2:13-CV-992**

**CREDIT ADJUSTMENTS, INC.,**      **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                                 **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendant.**

\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 10, 2015, JUDGMENT is hereby entered in favor of Defendant. This case is DISMISSED.**

Date:  March 10, 2015                         RICHARD W. NAGEL, CLERK

                                                */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk